No. 941. CONTINENTAL CASUALTY Co. *v.* UNITED STATES. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert B. McCormick* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,*

and *Messrs. Melvin H. Siegel, Thomas E. Harris,* and *Paul A. Sweeney* for the United States.

